No. 71. PRESBYTERIAN CHURCH IN THE UNITED STATES ET AL. *v.* MARY ELIZABETH BLUE HULL MEMORIAL PRESBYTERIAN CHURCH ET AL. Sup. Ct. Ga. [Certiorari granted, 392 U. S. 903.] Motion of W. J. Williamson, Secretary of Concerned Presbyterians, Inc., for leave to file a brief, as *amicus curiae,* granted. *William J. McLeod, Jr.,* and *W. Calvin Wells, Jr.,* on the motion.

No. 161. CHOCTAW NATION ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. C. A. 10th Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 425, Misc. MURPHY *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus and other relief denied.

 (See also No. 212, *ante,* p. 85; and No. 249, *ante,* p. 80.)

No. 403. McKART *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted. *Marshall Patner* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States. 

No. 413. NORTH CAROLINA ET AL. *v.* PEARCE. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. *Thomas Wade Bruton,* Attorney General of North Carolina, for petitioners. 

No. 387. EVANS ET AL. *v.* ALLEN ET AL. C. A. 5th Cir. Certiorari denied. *Robert L. Mitchell* for petitioners.